## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

    **-vs-**
                                             **Case No. 07-CR-104**

**MICHAEL HOUSE, et al.,**

        Defendants.

## DECISION AND ORDER

Upon consideration of the Government's Motion, it is hereby:

**ORDERED** that the Superceding Indictment in the above-captioned matter be unsealed as to all defendants.

Dated at Milwaukee, Wisconsin, this 7th day of November, 2007.

        **SO ORDERED,**

        **s/ Rudolph T. Randa**
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**